UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

El Sayed Khedr, )
)
          Plaintiff, )
)
v. ) Civ. Action No. 1:05CV275 (NGG)
)
Experian Information Solutions, Inc., )
)
          Defendant. )
)

## NOTICE OF WITHDRAWAL

Fishman & Neil, LLP, co-counsel for the plaintiff in the within action with Charles W. Juntikka & Assocs., LLP, hereby withdraws as attorney for the plaintiff. Charles W. Juntikka & Assocs., LLP, remains as attorney for the plaintiff.

Respectfully submitted,

_____  
Charles W. Juntikka (cj4689)

Charles W. Juntikka & Associates, LLP
11 West 42nd Street, 12th Floor
New York, NY 10036
(212) 315-3755

_____  
James B. Fishman (JBF8998)

FISHMAN & NEIL, LLP
305 Broadway, Suite 900
New York, NY 10007
(212) 897-5840

Dated: December 5, 2005